NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RIQUIA WASHINGTON,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )     Case No. 2D18-4255
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____  )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Riquia Washington, pro se.


PER CURIAM.


            Affirmed.


KELLY, BLACK, and ATKINSON, JJ., Concur.